UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FRIJOUF, RUST & PYLE, P.A.,**

    **Plaintiff,**

v.                                    Case No.  **8:08-cv-477-T-30MSS**

**PURE BIIOSCIENCE,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #8).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. The parties shall each bear their own fees and costs associated with this litigation.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 21, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2008\08-cv-477.dismissal 8.wpd